**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Douglas Arthur COUPAR, Defendant— Appellant.**

**No. 06–50641.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 24, 2008.*

Filed Dec. 2, 2008.

Becky S. Walker, Esq., R. Stephen Kramer, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Anthony E. Alexander, Esq., Atkins & Evans, Los Angeles, CA, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, LEAVY, and TALLMAN, Circuit Judges.

## MEMORANDUM **

Douglas Arthur Coupar appeals from the district court's decision, following a limited remand pursuant to *United States v. Ameline*, 409 F.3d 1073, 1079 (9th Cir. 2005) (en banc), upholding the 170-month sentence previously imposed following Coupar's conviction for bank robbery. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Coupar's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Coupar has filed a pro se supplemental opening brief and a pro se reply brief. The government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED.** The remaining outstanding motions are **DENIED.** The district court's order is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).